

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-21-00417-CR

Geovanni Jesus **ALVAREZ-RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7830
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The State's motion to supplement the clerk's record is DENIED AS MOOT. A supplemental clerk's record containing the Pre/Post Sentence Investigation Report was filed on September 9, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court